[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 20-12547

_____

In Re: Mosaic Management Group, Inc.,

Debtor.

_____

UNITED STATES TRUSTEE REGION 21,

Plaintiff-Appellee
Cross-Appellant,

*versus*

BAST AMRON LLP,

Defendant-Appellant
Cross-Appellee.

2                    Opinion of the Court                    20-12547

_____

Appeal from the United States Bankruptcy Court
for the Southern District of Florida
D.C. Docket No. 16-bk-20833-EPK

_____

Before JORDAN, BRASHER, and ANDERSON, Circuit Judges.

PER CURIAM:

On June 24, 2024, the Supreme Court vacated and remanded our opinion in *In re Mosaic Mgmt. Grp., Inc.*, 71 F.4th 1341 (11th Cir. 2023), in light of *United States Trustee v. John Q. Hammons Fall 2006, LLC*, 602 U. S. ___ (2024). *United States Tr. Region 21 v. Bast Amron LLP*, No. 23-278, 2024 WL 3089471 (U.S. June 24, 2024). We now vacate the bankruptcy court's decision and remand for proceedings to implement the Supreme Court's decision in *Hammons*.

VACATED and REMANDED.